IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AL-QUADIR HUBBARD, | : | Civil No. 3:21-cv-1010 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| KEVIN RANSOM, *et al.*, | : | |
| Respondents | : | |

### ORDER

**AND NOW**, this 16th day of December, 2021, upon consideration of Petitioner's motion (Doc. 15) for appointment of counsel, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 15) is **DENIED** without prejudice.

Robert D. Mariani
United States District Judge