IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AL-QUADIR HUBBARD, | : | Civil No. 3:21-cv-1010 |
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| KEVIN RANSOM, *et al.*, | : | |
| Respondents | : | |

FILED
SCRANTON
MAR 1 4 2024
per_____ DJ
DEPUTY CLERK

**ORDER**

**AND NOW**, this 13th day of March, 2024, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254, and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254 is **GRANTED in part** and **DENIED in part**.

2. Petitioner's first claim is **CONDITIONALLY GRANTED**. Execution of the writ of habeas corpus is **STAYED** for 120 days from the date of this Order, during which time the Commonwealth shall resentence Petitioner in accordance with the Pennsylvania Supreme Court's decision in *Commonwealth v. Zuber*, 466 Pa. 453, 353 A.2d 441 (1976).

3. The Clerk of Court is directed to **REMAND** this matter to the Court of Common Pleas of Luzerne County for further proceedings consistent with the accompanying Memorandum.

4. Petitioner's second claim is **DISMISSED**.

5. There is no basis for the issuance of a certificate of appealability for claim two. *See* 28 U.S.C. § 2253(c).

6.     The Clerk of Court is directed to **CLOSE** this case.

_(signature)_
Robert D. Mariani
United States District Judge